UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-20335-CIV-MORENO

MARIE CHERY, and other similarly situated
individuals,

       Plaintiffs,

vs.

U.S. ALLIANCE MANAGEMENT CORP.,
BEY SEDAGAT,

       Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Joint Notice of Settlement (**D.E. 33**), filed on **9/5/2023**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _11th_ of September 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record